UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIYA ZAFRANI, individually and on behalf of
her minor child, A.Z.,

                          Plaintiff,

          -against-

MELISSA AVILES-RAMOS, et al.,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/4/2026____

25-CV-09772 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff in this action is Mariya Zafrani.  Defendants are the New York City Department of Education ("DOE") and DOE Chancellor Kamar Samuels (together, "City Defendants") and the New York State Education Department and Office of State Review (together, "State Defendants").

As discussed during the conference on February 3, 2026, it is hereby ORDERED that:

(1) Plaintiff, after careful review of the First Amended Complaint (Dkt. No. 45) and the merits of her case, shall meet and confer with State Defendants concerning the possibility of a stipulation of dismissal.  The meet-and-confer must address whether, based on those allegations, Plaintiff, specifically, has Article III standing to pursue a claim against State Defendants on the theory that State Defendants have systematically failed to abide by statutory timelines, and, to the extent that Plaintiff ever had such standing, whether that standing has been mooted by the issuance of a final decision in her case by the SRO.

(2) On **February 24, 2026**, Plaintiff and State Defendants shall file a joint letter if they reach an agreement or, absent an agreement, State Defendants shall file either an answer to the First Amended Complaint (Dkt. No. 45), a supplemental motion to dismiss, or a letter indicating that State Defendants are relying on their previous motion to dismiss (Dkt. No. 36).  *See* Individual Rule II(B)(6).  If Plaintiff does not consent to dismissing State Defendants, Plaintiff must inform State Defendants with sufficient notice to allow State Defendants to prepare one of these filings.  The Court may impose sanctions if either party fails to meet and confer in a timely fashion or engages in improper gamesmanship.

(3) City Defendants' deadline to answer, move against, or otherwise respond to the First Amended Complaint is EXTENDED until **February 24, 2026.**

(4) If City Defendants file an answer in lieu of a motion to dismiss, then City Defendants must also file a brief letter on **February 24, 2026**, indicating whether they intend to seek discovery or are prepared to proceed to summary judgment.

The Court will issue an appropriate order after receiving the filings on February 24, 2026.

Dated: February 4, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge