UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIYA ZAFRANI, individually and on behalf of
her minor child, A.Z.,

                             Plaintiff,

                -against-

MELISSA AVILES-RAMOS, et al.,

                       Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2026

25-CV-09772 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff in this action is Mariya Zafrani. Defendants are the New York City Department of Education ("DOE") and DOE Chancellor Kamar Samuels (together, "City Defendants") and the New York State Education Department and Office of State Review (together, "State Defendants").

On January 21, 2026, State Defendants moved to dismiss themselves from this action, arguing, *inter alia*, Plaintiff lacked Article III standing to bring claims against them. Dkt. No. 36. Plaintiff filed a First Amended Complaint on February 2, 2026. Dkt. No. 45. Accordingly, consistent with the Court's Individual Rule II(B)(6), State Defendants' motion to dismiss (Dkt. No. 36) is DENIED AS MOOT.

On February 24, 2026, State Defendants filed a supplemental motion to dismiss (Dkt. No. 47), and Plaintiff moved to extend her deadline to oppose the motion (Dkt. No. 49). On consideration of the foregoing, it is hereby ORDERED that Plaintiff shall file her opposition papers to the supplemental motion to dismiss by **March 24, 2026**; and State Defendants shall file their reply papers by **April 17, 2026**. Accordingly, Plaintiff's motion for an extension (Dkt. No. 49) is DENIED AS MOOT.

Finally, also on February 24, 2026, City Defendants answered the First Amended Complaint (Dkt. No. 50) and filed a letter indicating that City Defendants are prepared to proceed to summary judgment without additional discovery (Dkt. No. 51). The Court will issue a briefing schedule for summary judgment after resolving the State Defendants' supplemental motion to dismiss.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 36 and 49.

Dated: February 27, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge