**Steven Banks**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Teszler**
*Assistant Corporation Counsel*
Office: (212) 356-1652

October 15, 2026

**VIA ECF**
Hon. Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Mendez, et al. v. Aviles-Ramos, et al.*, 25-cv-05746 (CM) (SLC)
*Zafrani, et al. v. Samuels, et al.*, 25-cv-09772 (MMG) (SLC)
*Juca, et al. v. Aviles-Ramos, et al.*, 25-cv-06972 (DEH) (SLC)

Dear Judge Cave:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced actions.

Pursuant to Your Honor's Individual Practices in Civil Cases, Rule I.(F.), Defendants respectfully submit this letter-motion seeking to file under seal certain documents produced by nonparties International Institute for the Brain, Ltd. ("iBrain") and Sisters Travel and Transportation, LLC ("Sisters") (together, the "Witnesses") in connection with the above-referenced actions (*see* Declaration of Eric Teszler in Support of Defendants' Motion to Hold iBrain and Sisters Travel in Contempt, Exhibits A–E). Defendants submit this request to the extent that any confidentiality designation may still apply to these documents.

Respectfully submitted,

*/s/ Eric Teszler*
Eric Teszler, Esq.
Assistant Corporation Counsel

cc: All counsel of record (via ECF)

The Court is in receipt of the letter dated October 15, 2026 filed by Defendants in (i) Mendez v. Aviles Ramos, No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC) ("Mendez"); (ii) Zafrani v. Samuels, No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC) ("Zafrani"); and (iii) Juca v. Aviles-Ramos, No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC) ("Juca") requesting to file redacted versions of the exhibits (the "Exhibits") to Defendants' motion to hold nonparties International Institute for the Brain, Ltd. ("iBrain") and Sisters Travel and Transportation, LLC ("Sisters") (together, the "Witnesses") in contempt. (Mendez, Dkt. No. 146; Zafrani, Dkt. No. 122; Juca, Dkt. No. 88 (the "Sealing Request")). Defendants, however, only submit the Sealing Request "to the extent that any confidentiality designation may still apply to" the Exhibits that the Witnesses produced. (Mendez, Dkt. No. 146; Zafrani, Dkt. No. 122; Juca, Dkt. No. 88). Defendants do not identify what those confidentiality designations are, or whether the Exhibits indeed contain confidential information. Further, although Defendants filed the Exhibits in redacted form, they did not file the unredacted Exhibits under seal.

By **October 20, 2026**, Defendants shall filed the unredacted Exhibits under seal in all three cases, and shall email courtesy copies of the unredacted Exhibits to Chambers at cave_nysdchambers@nysd.uscourts.gov. By **October 23, 2026**, the Witnesses shall file a letter explaining whether the unredacted Exhibits should be permanently sealed.

In the meantime, the Sealing Request is **GRANTED** and the Exhibits shall remain on the docket in redacted form. (Mendez, Dkt. No. 146-1--146-5; Zafrani, Dkt. No. 122-1--122-5; Juca, Dkt. No. 88-1--88-5). If, after the Defendants file the unredacted Exhibits under seal, the Witnesses do not file a letter by **October 23, 2026** explaining why the Exhibits should be permanently sealed, the Court will issue an order directing the Clerk of Court to unseal the Exhibits.

The Clerk of Court to close:
1. Dkt. No. 146 in Mendez v. Aviles Ramos, No. 25 Civ. 5746 (S.D.N.Y.) (CM) (SLC)
2. Dkt. No. 122 in Zafrani v. Samuels, No. 25 Civ. 9772 (S.D.N.Y.) (MMG) (SLC); and
3. Dkt. No. 88 in Juca v. Aviles-Ramos, No. 25 Civ. 6972 (S.D.N.Y.) (DEH) (SLC).

SO ORDERED. October 16, 2026

SARAH L. CAVE
United States Magistrate Judge